**WANGS ALLIANCE CORPORATION, DBA WAC Lighting Co.,**
Appellant

v.

**PHILIPS LIGHTING NORTH AMERICA CORP.,**
Appellee

2017-1531
2017-1532

United States Court of Appeals, Federal Circuit.

March 14, 2018

ETAI LAHAV, Radulescu LLP, New York, NY, argued for appellant. Also represented by DAVID C. RADULESCU, MICHAEL D. SADOWITZ, TIGRAN VARDANIAN.

MARK CHRISTOPHER FLEMING, Wilmer Cutler Pickering Hale and Dorr LLP, Boston, MA, argued for appellee. Also represented by CYNTHIA D. VREELAND; ARIANNA EVERS, ROBERT MANHAS, Washington, DC.

(Prost, Chief Judge, O'Malley and Taranto, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**